✎ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

U.S.A. vs.    Andrew Michael Leavitt    Docket No.    2:10CR00176-004

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Andrew Michael Leavitt who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 27th day of January 2011 under the following conditions:

**Condition #2**: Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**Condition #4**: Defendant shall sign and complete A.O. 199C before being released and shall reside at the address furnished.

**Condition #28**: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.

**Additional Condition:** To resolve misdemeanor matters outside of District Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Andrew Michael Leavtt is alleged to be in violation of his conditions for pretrial supervision in the Eastern District of Washington as his whereabouts are currently unknown.

**Violation #2**: Andrew Michael Leavtt is alleged to be in violation of his conditions for pretrial supervision in the Eastern District of Washington as his whereabouts are currently unknown.

**Violation #3**: Andrew Michael Leavtt is alleged to be in violation of his conditions for pretrial supervision in the Eastern District of Washington by failing to call the substance abuse treatment provider on February 1, 2, and 3, 2011.

**Violation #4**: Andrew Michael Leavtt is alleged to be in violation of his conditions for pretrial supervision in the Eastern District of Washington by failing to avail himself to the substance abuse treatment provider and provide a random urine sample on February 3, 2011.

**Violation #5**: Andrew Michael Leavtt is alleged to be in violation of his conditions for pretrial supervision in the Eastern District of Washington by failing to resolve the misdemeanor warrants as directed.

**PS-8**
**Re:  Leavitt, Andrew Michael**
**February 3, 2011**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A WARRANT

---

|  | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    2/3/2011 |
| by | s/Stephen Krous |
|  | Stephen Krous<br>U.S. Probation Officer |

---

THE COURT ORDERS

[  ]    No Action
[XX]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

S/ CYNTHIA IMBROGNO
_____
Signature of Judicial Officer

2/3/11
_____
Date